**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN FARRIER, an individual and as Trustee of the De Loris A. Trust,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH LIFE INSURANCE COMPANY, a California corporation; and DOES 1 though 100, inclusive,<br><br>Defendants. | Case No. 09-6722 GW (RCx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice against all defendants. Each party is to bear their own attorneys' fees and costs.

Dated: March 3, 2010

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE